[No. 2249-1. Division One. August 12, 1974.]

KELLEY REALTY, INC., *Appellant,* v. LARRY M. WOLD *et al., Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 747627, Solie M. Ringold, J., entered April 9, 1973. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Farris and James, JJ.